UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
MISC. NO. 3:09MJ216-DSC

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING MATERIAL |
| | ) | WITNESS COMPLAINT |
| JOSE ALFREDO FLORES FLORES | ) | |

THIS MATTER is before the Court on the Government's "Motion to Dismiss Material Witness Complaint" (document#10). Based upon the Government's Motion and for good cause shown,

IT IS HEREBY ORDERED that the Material Witness Complaint is DISMISSED.

The Clerk is directed to certify a copy of this Order to the United States Attorney's Office.

SO ORDERED.

Signed: January 13, 2010

David S. Cayer
United States Magistrate Judge